IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBIN MOORE, | CIVIL DIVISION |
| Plaintiff, | Case No. 2:21-cv-00184-MJH |
| v. | |
| MONARCH MEADOW, LLC, | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)**

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| */s/ Michael J. Bruzzese* | */s/ Gregory C. Scheuring* |
| 2315 Koppers Building | Zimmer Kunz, PLLC |
| 436 Seventh Avenue | 310 Grant Street, Suite 3000 |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15219 |
| | |
| Counsel for the plaintiff | Counsel for the defendant |

**ORDER**

AND NOW, this 9th day of June 2021, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

Marilyn J. Horan
United States District Court Judge